# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:09MC0058 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| | ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) | |
| | ) | |
| | ) | |
| BARBARA BURGESS-VAN AKEN, | ) | |
| | ) | ORDER |
| Defendant(s). | ) | |
| | ) | |

Petitioner filed "Motion to Voluntarily Dismiss Petition," pursuant to Fed.R.Civ.P. 41(a)(2), on September 14, 2009 (ECF Doc. No. 4).

The Court grants Petitioner's motion and dismisses this action, without prejudice.

Further, the hearing scheduled for September 16, 2009 at 2:00 p.m. is cancelled.

      IT IS SO ORDERED.


                                  s/Christopher A. Boyko
                                  Christopher A. Boyko
                                  United States District Court Judge

DATE: September 14, 2009